BEFORE: MICHAEL L. ORENSTEIN  
UNITED STATES MAGISTRATE JUDGE  

DATE <u>August 20, 2007</u>  
TIME ON: <u>10:30</u>  
TIME OFF: _____

DOCKET# <u>CV 07-584</u>     ASSIGNED JUDGE: <u>SEYBERT</u>

CASE NAME: <u>Gialtouridis v. Shell Oil Company</u>

CIVIL CONFERENCE

Initial ___   Status <u>X</u>   Discovery ___   Settlement ___

Pretrial ___   Pre-Motion ___

Motion _____

ESR TIME # _____

APPEARANCES:   Plaintiff   _____

              Defendant  _____

Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference <u>11/19/07 at 10:00 AM</u>

Pre-Trial Order filed by _____

              Plaintiff   _____

              Defendant  _____

THE FOLLOWING RULINGS WERE MADE: Court directed the plaintiff's deposition on 9/6/07. Court placed other rulings on the record. Court gave guidance with respect to certain outstanding issues, i.e. # of stores in NY, NJ, Conn. + job description of employees who are at such stores. If a large # of stores are (or were) in NY, NJ + Conn, counsel shall agree on a fair sample. If # is small, then all stores are subject to the discovery