BEFORE: MICHAEL L. ORENSTEIN          DATE November 29, 2007
UNITED STATES MAGISTRATE JUDGE         TIME ON: 2:30
                                       TIME OFF: _____

DOCKET# CV 06-584                      ASSIGNED JUDGE: SEYBERT

CASE NAME: Gialtouridis v. Shell Oil Company

CIVIL CONFERENCE

Initial___  Status X  Discovery___  Settlement___

Pretrial___  Pre-Motion___

Motion_____

ESR TIME #_____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by   4/15/08

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served ~~sufficiently~~ 60 days in advance of the discovery completion date for responses to be served prior to the date of ~~discovery completion date~~ service of any motion to compel set forth below.

Next _____ conference  4/18/08 at 10:00 AM

Pre-Trial Order filed by  _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE: Parties have 3 depositions set for 12/17/07 and the balance of depositions. Deadline in cold tardstore for making motions to compel anything is March 15, 2008. Court extends deadline for completion of discovery for 6 more months from 10/15/07 to 4/15/08.